| | |
|---|---|
| KYLE PETERSEN,<br><br>    Petitioner,<br><br> v.<br><br>KERN COUNTY DISTRICT ATTORNEY,<br><br>    Respondent. | Case No. 1:19-cv-00975-JDP<br><br>ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR LEAVE TO ADD NEW CLAIM<br><br>ECF No. 10<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VERIFICATION<br><br>ECF No. 12<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE CHANGE NAME OF RESPONDENT<br><br>ECF No. 13<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 14 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

 Petitioner Kyle Petersen, a state prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Petitioner has multiple motions pending before this court. ECF Nos. 10; 12; 13; 14. We address each motion below.

1

On February 7, 2020, petitioner moved for leave to add a newly discovered claim of actual innocence to his petition. ECF No. 10. Because we granted petitioner leave to file an amended petition on February 10, 2020, ECF No. 11, petitioner is free to amend his petition as he sees fit. We dismiss this motion as moot. ECF No. 10.

On February 7, 2020, petitioner moved this court for verification that his case is ongoing. ECF No. 12. We grant the motion. This order verifies that petitioner's case is ongoing.

On February 20, 2020, petitioner moved for leave to change the name of the respondent in this case because he has been transferred to a different prison facility. ECF No. 13. Under Rule 2(a) of the Rules Governing Section 2254 Proceedings, a petitioner must name his custodian as the respondent in the petition. Therefore, we grant petitioner's motion. ECF No. 13.

On March 2, 2020, petitioner moved for a 60-day extension of time to file his first amended petition. ECF No. 14. For good cause shown, we grant petitioner's motion. His first amended petition is due May 2, 2020. No further extensions will be granted absent extraordinary circumstances.

**Order**

Accordingly,

1. Petitioner's motion for leave to add a claim is dismissed as moot. ECF No. 10.

2. Petitioner's motion for verification is granted. ECF No. 12.

3. Petitioner's motion for leave to change respondent's name is granted. ECF No. 13. The clerk is directed to update the respondent's name to Michael Carvajal on the docket.

4. Petitioner's motion for a 60-day extension of time to file his first amended petition is granted. ECF No. 14.

IT IS SO ORDERED.

Dated: March 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE