|   |   |
|---|---|
| KYLE PETERSEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KERN COUNTY DISTRICT ATTORNEY,<br><br>　　　　　Respondent. | Case No. 1:19-cv-00975-NONE-JDP<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S REQUEST FOR COPIES OF LODGED DOCUMENTS<br><br>ECF No. 23 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

　　　　Petitioner Kyle Petersen, a state prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On March 20, 2020, respondent moved to dismiss the petition and lodged documents in support of his motion electronically with this court. ECF No. 18, 20. Respondent, in his certificate of service, stated that he had served a "notice of lodging" on petitioner. *See* ECF No. 20 at 3. On March 27, 2020, petitioner notified the court that he had received a copy of respondent's motion to dismiss but has not received the documents lodged by respondent in support of the motion to dismiss. ECF No. 23 at 2. Petitioner requested copies of these documents. *Id*. Under Local Rule 135(d), "copies of all documents submitted to the Court shall be served upon all parties to the action." Therefore, we order respondent to

1

respond to petitioner's request. In the event respondent has already served these documents on petitioner, he is directed to file a certificate of service.

IT IS SO ORDERED.

Dated: March 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 206.